**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alexandra  A. Savu | CHAPTER 13 |
| <u>Debtor(s)</u> | |
| | BKY. NO. 20-13160 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-28CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-28CB and index same on the master mailing list.

      Respectfully submitted,

/s/Rebecca A. Solarz
Rebecca Solarz
03 Aug 2020, 10:10:47, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322