**Profit & Loss**

Debtor Name: Alexandra A Savu                     Case No.: 20-13160

Busines Name: RENTAL 781 S 3rd St, Philadelphia PA 19147

For the Month & Year (1/ 11, etc.): 05/25/20 - 06/25/20

BUSINESS INCOME

1. Actual Income from Sales & Service ............................................. $   0.00

2. Other (Specify _____ )................. $

3. Other (Specify _____ )................. $

4. **TOTAL GROSS REVENUE (Lines 1 + 2 + 3)**................... $   **0.00**

ACTUAL BUSINESS EXPENSES PAID

5. Mortgage ............................................................... $ 1,919.05

6. Utilities (Electric, Gas, Water) (if you pay for tenant) ............... $   0.00

7. Telephone ............................................................ $

8. Insurance ............................................................ $

9. Business Tax ......................................................... $

10. Sales Tax ........................................................... $

11. Employment Tax ...................................................... $

12. Wages for Employees ................................................. $   0.00

13. Gas & Fuel for Business Vehicles ................................... $

14. Office Equipment .................................................... $

15. Office Supplies ..................................................... $

16. Professional Fees ................................................... $

17. Advertising ......................................................... $

18. Other (Specify _____ )

19. Other (Specify _____ )

20. Other (Specify _____ )

21. **TOTAL BUSINESS EXPENSES (Add Lines 5 through 20)** .... $ **1,919.05**

22. **TOTAL NET MONTLY INCOME (Line 4 – Line 21)** ............. $   **0.00**

**Profit & Loss**

Debtor Name: Alexandra A Savu                    Case No.: 20-13160

Busines Name: RENTAL 781 S 3rd St, Philadelphia PA 19147

For the Month & Year (1/11, etc.): 04/25/20 - 05/25/20

## BUSINESS INCOME

1. Actual Income from Sales & Service ............................................... $ 5,200.00

2. Other (Specify _____) ................... $

3. Other (Specify _____) ................... $

4. **TOTAL GROSS REVENUE (Lines 1 + 2 + 3)** .................... **$ 5,200.00**

## ACTUAL BUSINESS EXPENSES PAID

5. Rent/Lease / Mortgage ............................................. $ 1,919.05

6. Utilities (Electric, Gas, Water & Sewage)(if you paid for tenant).......... $

7. Telephone ............................................. $

8. Insurance ............................................. $

9. Business Tax ............................................. $

10. Sales Tax ............................................. $

11. Employment Tax ............................................. $

12. Wages for Employees ............................................. $     0.00

13. Gas & Fuel for Business Vehicles ............................................. $

14. Office Equipment ............................................. $

15. Office Supplies ............................................. $

16. Professional Fees ............................................. $

17. Advertising ............................................. $

18. Other (Specify _____)

19. Other (Specify _____)

20. Other (Specify _____)

21. **TOTAL BUSINESS EXPENSES (Add Lines 5 through 20)** .... $ 3,280.95

22. **TOTAL NET MONTLY INCOME (Line 4 – Line 21)** ............. $

**Profit & Loss**

**Debtor Name:** Alexandra A Savu                    **Case No.:** 20-13160 _____

**Busines Name** RENTAL 781 S 3rd St, Philadelphia PA 19147

**For the Month & Year** (1/11, etc.): 03/25/19 - 04/25/20

**BUSINESS INCOME**

1. Actual income from Sales & Service ............................................... $ 3,382.00

2. Other (Specify _____) .................. $

3. Other (Specify _____) .................. $

4. **TOTAL GROSS REVENUE (Lines 1 + 2 + 3)** ..................... $ 3,382.00

**ACTUAL BUSINESS EXPENSES PAID**

5. Rent/Lease / Mortgage ................................................ $ 1,919.05

6. Utilities (Electric, Gas, Water & Sewage ........................... $  814.09

7. Telephone ................................................................... $

8. Insurance ................................................................... $

9. Business Tax ............................................................... $

10. Sales Tax ................................................................... $

11. Employment Tax ......................................................... $

12. Wages for Employees .................................................. $  0.00

13. Gas & Fuel for Business Vehicles ................................. $

14. Office Equipment ........................................................ $

15. Office Supplies .......................................................... $

16. Professional Fees ....................................................... $

17. Advertising ............................................................... $

18. Other (Specify _____) $

19. Other (Specify _____) $

20. Other (Specify _____) $

21. **TOTAL BUSINESS EXPENSES (Add Lines 5 through 20)** .... $ 2,733.14

22. **TOTAL NET MONTLY INCOME (Line 4 – Line 21)** ............. $ 648.86

**Profit & Loss**

**Debtor Name:** Alexandra A Savu                    **Case No.:** 20-13160

**Busines Name:** RENTAL 781 S 3rd St, Philadelphia PA 19147

**For the Month & Year (1/11, etc.):** 02/25/19 - 03/25/20

### BUSINESS INCOME

1. Actual Income from Sales & Service ............................................. $ 1,967.54

2. Other (Specify _____ )................. $

3. Other (Specify _____ )................. $

4. **TOTAL GROSS REVENUE (Lines 1 + 2 + 3)**.................... **$ 1,967.54**

### ACTUAL BUSINESS EXPENSES PAID

5. Mortgage ............................................................ $ 1,919.05

6. Utilities (Electric, Gas, Water) (if you pay for tenant) ................ $ 1,143.00

7. Telephone ............................................................ $

8. Insurance ............................................................ $

9. Business Tax ........................................................ $

10. Sales Tax ........................................................... $

11. Employment Tax ..................................................... $

12. Wages for Employees ............................................... $      0.00

13. Gas & Fuel for Business Vehicles ................................. $

14. Office Equipment ................................................... $

15. Office Supplies ..................................................... $

16. Professional Fees................................................... $

17. Advertising ......................................................... $

18. Other (Specify _____ )

19. Other (Specify _____ )

20. Other (Specify _____ )

21. **TOTAL BUSINESS EXPENSES (Add Lines 5 through 20)** .... **$ 3,062.05**

22. **TOTAL NET MONTLY INCOME (Line 4 – Line 21)** ............ **$     0.00**

**Profit & Loss**

Debtor Name: Alexandra A Savu                     Case No.: 20-13160

Busines Name: RENTAL 781 S 3rd St, Philadelphia PA 19147

For the Month & Year (1/11, etc.): 01/25/20 - 02/25/20

BUSINESS INCOME

1.  Actual Income from Sales & Service ............................................. $ 1,813.00

2.  Other (Specify _____ ).................. $

3.  Other (Specify _____ ).................. $

4.  **TOTAL GROSS REVENUE (Lines 1 + 2 + 3)**..................... **$ 1,813.00**

ACTUAL BUSINESS EXPENSES PAID

5.  Mortgage ............................................................ $ 1,919.05

6.  Utilities (Electric, Gas, Water) (if you pay for tenant) .............. $     00.00

7.  Telephone ........................................................... $

8.  Insurance ............................................................ $

9.  Business Tax ......................................................... $

10. Sales Tax ............................................................ $

11. Employment Tax ...................................................... $

12. Wages for Employees .................................................. $     00.00

13. Gas & Fuel for Business Vehicles ..................................... $

14. Office Equipment ..................................................... $

15. Office Supplies ...................................................... $

16. Professional Fees..................................................... $

17. Advertising ........................................................... $

18. Other (Specify _____ )

19. Other (Specify _____ )

20. Other (Specify _____ )

21. **TOTAL BUSINESS EXPENSES (Add Lines 5 through 20)** .... $    0.00

22. **TOTAL NET MONTLY INCOME (Line 4 – Line 21)** ............. $    0.00

**Profit & Loss**

**Debtor Name:** Alexandra A Savu                                    **Case No.:** 20-13160

**Business Name:** RENTAL 781 S 3rd St, Philadelphia PA 19147

**For the Month & Year (1/11, etc.):** 12/25/19 - 01/25/20

BUSINESS INCOME

1. Actual Income from Sales & Service ............................................. $ 3,994.00

2. Other (Specify _____) ................. $

3. Other (Specify _____) ................. $

4. **TOTAL GROSS REVENUE (Lines 1 + 2 + 3)** .................... **$ 3,994.00**

ACTUAL BUSINESS EXPENSES PAID

5. Mortgage                                                                    $ 1,919.05

6. Utilities (Electric, Gas, Water) (if you pay for tenant)                    $     0.00

7. Telephone                                                                   $ _____

8. Insurance                                                                   $ _____

9. Business Tax                                                                $ _____

10. Sales Tax                                                                  $ _____

11. Employment Tax                                                            $ _____

12. Wages for Employees                                                        $     0.00

13. Gas & Fuel for Business Vehicles                                          $ _____

14. Office Equipment                                                           $ _____

15. Office Supplies                                                            $ _____

16. Professional Fees                                                          $ _____

17. Advertising                                                                $ _____

18. Other (Specify _____)

19. Other (Specify _____)

20. Other (Specify _____)

21. **TOTAL BUSINESS EXPENSES (Add Lines 5 through 20)** ... **$ 1,919.05**

22. **TOTAL NET MONTLY INCOME (Line 4 – Line 21)**          **$ 2,074.95**

**Profit & Loss**

Debtor Name: Alexandra A Savu                                        Case No.: 20-13160

Business Name: RENTAL: 781 S 3rd St  Philadelphia  PA 19147

For the Month & Year (1/11, etc.): 11/25/2019 - 12/25/2019

## BUSINESS INCOME

| | | |
|---|---|---|
| 1. Actual Income from Sales & Service | $ 4,478.00 | |
| 2. Other (Specify _____ ) | $ _____ | |
| 3. Other (Specify _____ ) | $ _____ | |
| **4. TOTAL GROSS REVENUE (Lines 1 + 2 + 3)** | **$ 4,478.00** | |

## ACTUAL BUSINESS EXPENSES PAID

| | |
|---|---|
| 5. Mortgage | $ 1,919.05 |
| 6. Utilities (Electric, Gas, Water) (if you pay for tenant) | $ 0.00 |
| 7. Telephone | $ |
| 8. Insurance | $ |
| 9. Business Tax | $ |
| 10. Sales Tax | $ |
| 11. Employment Tax | $ |
| 12. Wages for Employees | $ 0.00 |
| 13. Gas & Fuel for Business Vehicles | $ |
| 14. Office Equipment | $ |
| 15. Office Supplies | $ |
| 16. Professional Fees | $ |
| 17. Advertising | $ |
| 18. Other (Specify): REPAIRS paid with credit cards ) | $ |
| 19. Other (Specify _____ ) | |
| 20. Other (Specify _____ ) | |
| **21. TOTAL BUSINESS EXPENSES (Add Lines 5 through 20)** | **$ 1,919.05** |
| **22. TOTAL NET MONTLY INCOME (Line 4 – Line 21)** | **$ 2,563.95** |

**Profit & Loss**

Debtor Name: Alexandra A Savu                                  Case No.: 20-13160

Busines Name: RENTAL 1617 Bryant Rd, Cherry Hill, NJ 08003

For the Month & Year (1/11, etc.): 05/25/20 – 06/25/20

BUSINESS INCOME

1.  Actual Income from Sales & Service ............................................. $   0.00

2.  Other (Specify _____)................. $

3.  Other (Specify _____)............ $

4.  **TOTAL GROSS REVENUE (Lines 1 + 2 + 3).....................** $   **0.00**

ACTUAL BUSINESS EXPENSES PAID

5.  Mortgage ............................................................................ $ 2,300.00

6.  Utilities (Electric, Gas, Water) (if you pay for tenant) ............... $

7.  Telephone ........................................................................... $

8.  Insurance ............................................................................ $

9.  Business Tax ........................................................................ $

10. Sales Tax ............................................................................. $

11. Employment Tax ................................................................. $

12. Wages for Employees .......................................................... $   0.00

13. Gas & Fuel for Business Vehicles ......................................... $

14. Office Equipment ................................................................ $

15. Office Supplies .................................................................... $

16. Professional Fees................................................................. $

17. Advertising ......................................................................... $

18. Other (Specify _____)

19. Other (Specify _____)

20. Other (Specify _____)

21. **TOTAL BUSINESS EXPENSES (Add Lines 5 through 20) .... $ 2,300.00**

22. **TOTAL NET MONTLY INCOME (Line 4 – Line 21) ............. $   0.00**

**Profit & Loss**

Debtor Name: Alexandra A Savu                     Case No.: 20-13160

Busines Name: RENTAL 1617 Bryant Rd, Cherry Hill, NJ 08003

For the Month & Year (1/11, etc.): 04/25/19 - 05/25/20

<u>BUSINESS INCOME</u>

1. Actual Income from Sales & Service .......................... $   0.00

2. Other (Specify _____ )................ $

3. Other (Specify _____ )................ $

4. **TOTAL GROSS REVENUE (Lines 1 + 2 + 3)**.................. $   **0.00**

<u>ACTUAL BUSINESS EXPENSES PAID</u>

5. Rent/Lease / Mortgage .......................... $ 2,300.00

6. Utilities (Electric, Gas, Water) (if you pay for tenant) ........... $   0.00

7. Telephone .......................... $

8. Insurance .......................... $

9. Business Tax .......................... $

10. Sales Tax .......................... $

11. Employment Tax .......................... $

12. Wages for Employees .......................... $   0.00

13. Gas & Fuel for Business Vehicles .......................... $

14. Office Equipment .......................... $

15. Office Supplies .......................... $

16. Professional Fees .......................... $

17. Advertising .......................... $

18. Other (Specify _____ )

19. Other (Specify _____ )

20. Other (Specify _____ )

21. **TOTAL BUSINESS EXPENSES (Add Lines 5 through 20)** .... **$ 2,300.00**

22. **TOTAL NET MONTLY INCOME (Line 4 – Line 21)** ............. $   **0.00**

**Profit & Loss**

**Debtor Name:** Alexandra A Savu                    **Case No.:** 20-13160

**Busines Name:** RENTAL 1617 Bryant Rd, Cherry Hill, NJ 08003

**For the Month & Year** (1/11, etc.): 01/25/20 - 02/25/20

<u>BUSINESS INCOME</u>

1. Actual Income from Sales & Service .................................................. $ 1,000.00

2. Other (Specify _____) .................. $

3. Other (Specify _____) .................. $

4. **TOTAL GROSS REVENUE (Lines 1 + 2 + 3)** ........................ **$ 1,000.00**

<u>ACTUAL BUSINESS EXPENSES PAID</u>

5. Rent/Lease / Mortgage .......................................................... $ 2,300.00

6. Utilities (Electric, Gas, Water) (if you pay for tenant) ............... $   0.00

7. Telephone ................................................................................ $

8. Insurance ................................................................................ $

9. Business Tax ........................................................................... $

10. Sales Tax ............................................................................... $

11. Employment Tax ..................................................................... $

12. Wages for Employees .............................................................. $   0.00

13. Gas & Fuel for Business Vehicles .............................................. $

14. Office Equipment .................................................................... $

15. Office Supplies ....................................................................... $

16. Professional Fees .................................................................... $

17. Advertising ............................................................................. $

18. Other (Specify _____)

19. Other (Specify _____)

20. Other (Specify _____)

21. **TOTAL BUSINESS EXPENSES (Add Lines 5 through 20)** ....... $ 2,300.00

22. **TOTAL NET MONTLY INCOME (Line 4 – Line 21)** ...       $   0.00

**Profit & Loss**

Debtor Name: Alexandra A Savu                                    Case No.: 20-13160

Busines Name: RENTAL 1617 Bryant Rd, Cherry Hill, NJ 08003

For the Month & Year (1/11, etc.): 12/25/19 - 01/25/20

BUSINESS INCOME

1. Actual Income from Sales & Service .................................................. $ 0.00

2. Other (Specify _____ ) ................. $ 0.00

3. Other (Specify _____ ) ................. $ 0.00

4. **TOTAL GROSS REVENUE (Lines 1 + 2 + 3)** ................... **$ 0.00**

ACTUAL BUSINESS EXPENSES PAID

5. Mortgage ................................................................................. $ 2,300.00

6. Utilities (Electric, Gas, Water) (if you pay for tenant) .................. $ 0.00

7. Telephone ................................................................................. $

8. Insurance ................................................................................. $

9. Business Tax ............................................................................. $

10. Sales Tax ................................................................................. $

11. Employment Tax ....................................................................... $

12. Wages for Employees ................................................................ $ 0.00

13. Gas & Fuel for Business Vehicles ............................................. $

14. Office Equipment ...................................................................... $

15. Office Supplies ......................................................................... $

16. Professional Fees ..................................................................... $

17. Advertising ............................................................................... $

18. Other (Specify _____ )

19. Other (Specify _____ )

20. Other (Specify _____ )

21. **TOTAL BUSINESS EXPENSES (Add Lines 5 through 20)** ..... **$ 2,300.00**

22. **TOTAL NET MONTLY INCOME (Line 4 – Line 21)** ............. **$ 0.00**

**Profit & Loss**

Debtor Name: Alexandra A Savu                    Case No.: 20-13160

Busines Name: RENTAL 1617 Bryant Rd, Cherry Hill, NJ 08003

For the Month & Year (1/11, etc.): 11/25/19 – 12/25/19

BUSINESS INCOME

| | | |
|---|---|---|
| 1. Actual Income from Sales & Service | $ | 0.00 |
| 2. Other (Specify _____) | $ | |
| 3. Other (Specify _____) | $ | |
| 4. **TOTAL GROSS REVENUE (Lines 1 + 2 + 3)** | **$** | **0.00** |

ACTUAL BUSINESS EXPENSES PAID

| | | |
|---|---|---|
| 5. Mortgage | $ | 2,300.00 |
| 6. Utilities (Electric, Gas, Water) (if you pay for tenant) | $ | 0.00 |
| 7. Telephone | $ | |
| 8. Insurance | $ | |
| 9. Business Tax | $ | |
| 10. Sales Tax | $ | |
| 11. Employment Tax | $ | |
| 12. Wages for Employees | $ | 0.00 |
| 13. Gas & Fuel for Business Vehicles | $ | |
| 14. Office Equipment | $ | |
| 15. Office Supplies | $ | |
| 16. Professional Fees | $ | |
| 17. Advertising | $ | |
| 18. Other (Specify _____) | | |
| 19. Other (Specify _____) | | |
| 20. Other (Specify _____) | | |
| 21. **TOTAL BUSINESS EXPENSES (Add Lines 5 through 20)** | **$** | **2,300.00** |

22. **TOTAL NET MONTLY INCOME (Line 4 – Line 21)** ............ **$    0.00**