# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    Chapter 13

ALEXANDRA  A SAVU                          Bankruptcy No. 20-13160-AMC

781 S. 3RD STREET

PHILADELPHIA, PA 19147


            Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ALEXANDRA  A SAVU

781 S. 3RD STREET

PHILADELPHIA, PA 19147

**Counsel for debtor(s), by electronic notice only.**
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 9/1/2020                                          /s/ William C. Miller

                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee