# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alexandra A. Savu<br>      Debtor(s)<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-28CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-28CB, its successors and/or assigns<br>      Movant<br>vs.<br><br>Alexandra A. Savu<br>      Debtor(s)<br><br>William C. Miller Esq.<br>      Trustee | CHAPTER 13<br><br><br><br>NO. 20-13160 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-28CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-28CB, which was filed with the Court on or about **September 1, 2020, docket number 13**.

            Respectfully submitted,


            /s/ Rebecca A. Solarz, Esq.
            _____
            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            Phone: (215)-627-1322

Dated: April 16, 2021