# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Alexandra A Savu<br>　　　　　　　　　Debtor(s)<br><br>The Bank of New York Mellon Fka The Bank of New york, as Trustee For The certificateholders of the cwalt, Inc., Alternative Loan trust 2007-18CB Mortgage Pass-Through Certificates. Series 2007-18CB, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　　vs.<br><br>Alexandra A Savu<br>　　　　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 20-13160 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of The Bank of New York Mellon Fka The Bank of New york, as Trustee For The certificateholders of the cwalt, Inc., Alternative Loan trust 2007-18CB Mortgage Pass-Through Certificates. Series 2007-18CB, which was filed with the Court on or about **September 8, 2020, docket number 17**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: April 16, 2021