IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Alexandra A. Savu | : | Chapter 13 |
| | : | Case No.: 20-13160-AMC |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

    I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that an Order be entered in this matter.

Dated: July 28, 2021                    /s/ Brad J. Sadek, Esquire
                                                Brad J. Sadek, Esquire
                                                Sadek and Cooper Law Offices, LLC
                                                1315 Walnut Street, Suite 502
                                                Philadelphia, Pa 19107
                                                215-545-0008